**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

In re :                                                                  Case No. **6:16-08347-RAC**
                                                                                      Chapter 7

**Carolyn Mae Derosby**

                                                                                      Debtor(s).
_____/

**NOTICE OF ABANDONMENT**

To      :     ALL INTERESTED PARTIES
From   :     MARIE E. HENKEL, Trustee

Pursuant to δ 554, Bankruptcy Code, F.R.B.P. 6007, 7004 and 7005, and applicable local bankruptcy rules, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING DESCRIBED PROPERTY :

> **NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**
>
> Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within fourteen (14) days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.  If you object to the relief requested in this paper, you must file a response with the Clerk of the U.S. Bankruptcy Court, 400 W. Washington St., Ste. 5100, Orlando, FL 32801 and serve a copy on Marie  E. Henkel, Trustee, 3560 S Magnolia Ave., Orlando, FL 32806;  and on U. S. Trustee, 400 W. Washington St., Ste. 1100, Orlando, FL 32801.
>
> If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without hearing.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

1. 1060 Country Road Ranch, Deleon Springs, FL 32130

THE PROPERTY  IS BEING ABANDONED FOR THE FOLLOWING REASONS:

The property described as # 1, above is encumbered by a mortgage held by Selene Finance LP and is a partial interest.  The potential liability associated with the property equals, nearly equals or exceeds the non-exempt value to be administered for unsecured creditors of the estate.   The above property is burdensome to the estate and should be abandoned. UNLESS WRITTEN OBJECTIONS ARE FILED WITHIN FOURTEEN (14) DAYS FROM THE DATE OF MAILING OF THIS NOTICE, THE PROPERTY SHALL BE DEEMED TO BE ABANDONED AS OF THE DATE OF THIS NOTICE.

Dated March 16, 2017.

                                                                    /s/ Marie E. Henkel
                                                                    Marie E. Henkel, Chapter 7 Trustee

        Florida Bar No. 260320
        3560 South Magnolia Avenue
        Orlando, Florida 32806
        Telephone : (407) 438-6738
        Facsimile  : (407) 858-9466

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Report and Notice of Abandonment was furnished by U.S. Mail, First Class, postage pre-paid, or by electronic delivery, on March 16, 2017, to all parties on the mailing matrix, attached to the original of this document as furnished by the Clerk's office on March 16, 2017.

        /s/ Marie E. Henkel
        Marie E. Henkel, Trustee